**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

May 29, 2020

Honorable Nelson S. Roman
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Lasean Goode, 16 Cr. 529 (NSR) -03
      Request for CJA Re-Appointment

Dear Judge Roman:

I was appointed to represent the above defendant pursuant to CJA. On November 2, 2018, the Court sentenced the defendant to 60 months imprisonment to be followed by 4 years' Supervised Release, after his plea of guilty to 21 USC §841(b)(1)(B).

Mr. Goode wishes me to assist him in application(s) for relief under 18 USC §3624 and/or 18 USC §3582(c)(1)(A) based upon his underlying medical conditions which place him at increased risk of serious illness or death if he were to contract the COVID-19 virus.

I therefore request to be re-appointed to represent Mr. Goode for these purposes, pursuant to CJA, *nunc pro tunc* to May 27, 2020.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc:   AUSA Christopher Clore (By ECF)

The application is  X  granted.
                   ___ denied.

Nelson S. Román, U.S.D.J.
Dated: June 4, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 226).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020