UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>LASEAN GOODE,<br>                      Defendant. | No. 16 Cr. 529-03 (NSR)<br><br>ORDER |

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service/BOP**

    At a Hearing for Defendant's motion for compassionate release, held on July 17, 2020, the Court **ORDERED** that Defendant's sentence be reduced to Time Served (approximately 56 months) and the Court imposes the following additional special conditions:

1. The defendant shall serve the first four (4) months of supervised release on **home incarceration, to be enforced by GPS Monitoring** at the residence approved by probation.

2. In light of the COVID -19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment and to attend religious services, in each instance with prior notice and approval by the Probation Department.

3. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

4. Upon the defendant's release from custody he is to begin his quarantine at the approved residence. Once he arrives at the residence he is to telephone Supervisory U.S. Probation Officer Enid Febus at 212-805-5074 to schedule a date and time to report to probation.

All previously imposed special conditions remain in effect.

    **It is hereby ORDERED** that defendant, LASEAN GOODE, Reg # 78005-054, be released from custody. The U.S. Marshals/BOP are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated: July 17, 2020
       White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2020